

July 25, 2024

To Whom It May Concern,

Mr. Donteh DeVoe was released on bail from the Anchorage Correctional Complex July 6, 2022. He was placed on 2 Electronic Monitors, one Federal and one State, and released to the Alaska Correctional Ministries Reentry House at 801 W. 47th Ave, Anchorage, Alaska 99518. The ACM Horizon House Reentry Home has several mandatory guidelines, classes, academic assignments and obligations each released person must fully submit to and complete to successfully complete the Horizon House Program.

This letter is to validate Mr. DeVoe's full participation in the Horizon House Reentry Program.

During Mr. DeVoe's residency at the Horizon House he has and continues to fulfill the following required program obligations:

1. Full Time Employment — Total Weekly Hours = 40-60
2. One Hour Religious Study each morning Monday through Friday. Total Weekly Hours = 5.0
3. Horizon House Program Classes, Mondays and Fridays — Total Weekly Hours = 4.0
4. Church Services, Wednesday and Sundays — Total Weekly Hours = 4.0
5. Assisting Chaplain with Recovery Class, Thursdays — Total Weekly Hours = 2.5
6. Saturday Morning Men's Accountability Breakfast — Total Weekly Hours = 2.5
7. Mentoring Apartment 3 Residents 2 men — Total Weekly Hours = 5.0
8. Weekly Program Director Meeting — Total Weekly Hours = 1.5
9. Long Distance College Class — Total Weekly Hours = 3.0

**Grand Total Weekly Hours = 77.5**

Mr. Donteh DeVoe is on track to complete all requirements of the Horizon House Reentry Home Program the 18th of October 2024. I am available for any questions or comments in this matter.

Respectfully,

RJ Bosley
Executive Director
Alaska Correctional Ministries
907-269-4175 TLC Ofc
907-884-6044 Cell